Leah Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 W. South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com
Phone: (702) 420-2733
Facsimile: (702) 330-3235

Raja Rajan (*Pro Hac Vice Admission Pending*)
Pennsylvania Bar No. 58849
RAJAN LAW GROUP
2009 Chestnut Street
Philadelphia, Pennsylvania 19103
raja@rajanlawgroup.com

*Attorneys for Plaintiff Visual Technology Innovations, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VISUAL TECHNOLOGY INNOVATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON RESOURCES ASIA LIMITED<br><br>and<br><br>TIMOTHY MCCARTHY<br><br>Defendants | Case No.: 2:24-cv-00728<br><br>**FRCP 7.1 DISCLOSURE** |

///

///

///

///

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Visual Technology Innovations, Inc., declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated this 7th day of November, 2024.

                                                                  */s/ Leah Martin*
                                                                Leah Martin, Esq.
                                                                Kevin Hejmanowski, Esq.
                                                                601 South Rancho Drive, Suite C-26
                                                                Las Vegas, Nevada 89106
                                                                *Attorneys for Plaintiff*