1  Leah A. Martin, Esq.
   Nevada Bar No. 7982
2  Kevin Hejmanowski, Esq.
   Nevada Bar No. 10612
3  **LEAH MARTIN LAW**
   601 South Rancho Drive, Suite C-26
4  Las Vegas, Nevada 89106
   Telephone: (702) 420-2733
5  Facsimile: (702) 330-3235
6  lmartin@leahmartinlv.com
   khejmanowski @, leahmartinlv.com
7               And
   Raja Rajan *(Pro Hac Vice Admission Pending)*
8  Pennsylvania Bar No. 58849
   **RAJAN LAW GROUP**
9  1105 Willliam Penn
   Bensalem, PA 19020
10 *Attorneys for Plaintiff Visual*
   *Technology Innovations, Inc.*
11

12
            **IN THE UNITED STATES DISTRICT COURT FOR NEVADA**
13
   VISUAL TECHNOLOGY                    )
14 INNOVATION'S, INC.                   )
                                        )
15          Plaintiff,                  )   Civil Action
                                        )
16     v.                               )
                                        )   Case No.2:24-cv-00728-
17 BURLINGTON RESOURCES ASIA LIMITED    )
                                        )   ART-EJY
18 and                                  )
                                        )
19 TIMOTHY MCCARTHY                     )
                                        )
20          Defendants                  )

21

22
            **DECLARATION OF SERVICE UNDER PENALTY OF PERJURY**
23
      I, Raja Rajan, declare as follows:
24
      1.     I am a citizen of the United States, residing and am over the age of 18 and not a
25 party to this action. I am an attorney representing Defendants in this matter.

26    2.     ABC Legal Service, LLC ("ABC") has been authorized to effect service of
   process under the Hague Convention on the Service Abroad of Judicial and Extrajudicial
27 Documents in Civil or Commercial Matters (the "Hague Convention").

28    3.     ABC business address and phone number are:

                                        1

|   |   |
|---|---|
| 1 | ABC Legal Services, LLC |
| 2 | 1099 Stewart ST |
|   | Suite 700 |
| 3 | Seattle, WA 98101 |
|   | Phone: 206.521.9000 |

4. The details of service are attached hereto as Exhibit A called "Certificate-Attestation."

5. ABC recently (July 1, 2025) informed me that the UK authorities served McCarthy.

6. McCarthy was served apparently on June 13, 2025 from the stamp by the UK authorities. See attachment A

| | |
|---|---|
| in appropriate cases, documents establishing the service: | Done at London |
| le cas echeant, les documents justicatifs de l'execution: | fait a |
| [stamp: SENIOR COURTS OF ENGLAND AND WALES • FOREIGN PROCESS SECTION • 13 JUN 2025] | the **13-06-2025** |
| | Signature and/or stamp: |
| | Signature et/ou cachet: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on July 1, 2025 in Cherry Hill New Jersey U.S.A.**

**Signature:** _____
**Printed Name: Raja Rajan**
**Date: July 1, 2025**

2

# EXHIBIT A

F.P ref: **KF-2025-005527**

T.A Ref: McCartney

## CERTIFICATE - ATTESTATION

~~The undersigned authority has the honour to certify, in conformity with article 6 of the Convention~~

~~L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.~~

**That the documents listed and attached to the Hague Request Form.**

**1) that the document has been served the (date) 13-05-2025**

que le demande a ete executee       le (date)


-at (place, street, number)

-a (localite, rue, numero)


**- in one of the following methods authorised by article 5:**

**-dans une des formes suivantes prevues a l'article 5:**

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)


| | |
|---|---|
| **b) in accordance with the following particular method selon la forme particuliere suivante** | **The documents were served by posting them through the defendant's letterbox. This method is good service under rule 6.3 (1) (c) of the Civil Procedure Rules of England and Wales.** |


c) by delivery to the addressee, who accepted it voluntarily

par remise simple

The documents referred to in the request have been delivered to:


Les documents mentionnes dans la demande ont ete remis a:

- (identity and description of person)

- (identite et qualite de la personne)


- relationship to the addressee (family, business or other)

F.P ref: **KF-2025-005527**

T.A Ref: McCartney

- liens de parente de subordination ou autres avec

le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:

que la demande n'a pas ete executee, en raison des faits suivants:

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.~~

~~Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint~~

Annexes

Documents returned

Pieces renvoyees

Done at London

fait a

in appropriate cases, documents

establishing the service:

le cas echeant, les documents

justicatifs de l'execution:



the **13-06-2025**

Signature and/or stamp:

Signature et/ou cachet: